IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Charleen Thomas

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Prince George's County Public School System

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. TDC 20cv 2481
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

FILED ___ ENTERED
LOGGED ___ RECEIVED

AUG 27 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Charleen Thomas |
   | Street Address | 8101 Alcoa Drive |
   | City and County | Fort Washington |
   | State and Zip Code | Maryland 20744 |
   | Telephone Number | 240 353-9734 |
   | E-mail Address | lazenby01@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Prince George's County Public School System |
   | Job or Title (if known) | |
   | Street Address | 14201 School Lane |
   | City and County | Upper Marlboro |
   | State and Zip Code | Maryland 20772 |
   | Telephone Number | 301 952-6000 |
   | E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Amana T. Simmons Esquire |
| Job or Title (if known) | EEO advisor/Title IX Coordinator |
| Street Address | 14201 School Lane |
| City and County | Upper Marlboro |
| State and Zip Code | Maryland 20772 |
| Telephone Number | 301 952-6156 |
| E-mail Address (if known) | amana.simmons@pgcps.org |

Defendant No. 3

| | |
|---|---|
| Name | Joseph Shirley |
| Job or Title (if known) | Case Management Clerk |
| Street Address | 14201 School Lane |
| City and County | Upper Marlboro |
| State and Zip Code | Maryland 20772 |
| Telephone Number | 301 952-6156 |
| E-mail Address (if known) | joseph.shirley@pgcps.org |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Prince George's County Public School System |
| Street Address | 14201 School Lane |
| City and County | Upper Marlboro |
| State and Zip Code | Maryland 20772 |
| Telephone Number | 301 952-6000 |

3

**II.** **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Other federal law *(specify the federal law)*:
  _____

- ☐ Relevant state law *(specify, if known)*:
  _____

- ☐ Relevant city or county law *(specify, if known)*:
  _____

**III.** **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
February 14, 2019, February 22, 2019, February 27, 2019, March 4, 2019, and, March 26, 2019

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  Permanent work related injury to left wrist, that occurred on 9/27/2017

E. The facts of my case are as follows. Attach additional pages if needed.

On September 27, 2017, I sustained a permanent work related injury to my left wrist, while performing my job related duties in my classroom.

I was opening a milk carton for a student, when several students were running in class and one of them bumped in to me as I was bending over, causing my left hand to slip off the milk carton and hit the edge of the desk. Students instructed to go back to their seats. I continued to open the milk for the student.

I also continued to support other students as needed, as well as perform my other related duties in the classroom through out the day.

The next day, my wrist was very swollen and painful to move or touch. I was unable to perform any task in my classroom and was sent support for the students.

I informed the principal, he suggest I go to my primary care doctor for an examination to make sure it was not fractured.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

04/15/2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 8/19/2020 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the judge to grant 2,500,000.00 relief for seven years that I was prematurely forced to retire, for not being denied accommodation on the job with light duty or an assistant for support, for being denied a co-taught position that could have kept me employed.
for the traumatic pain I suffer everyday, for being unemployable with meaningful work, for my dominate hand being permanently injured and causing me difficulty with life activities due to the work-related injury on 9/27/2017. I ask the judge to grant medical care cost.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/27, 2020.

Signature of Plaintiff
Printed Name of Plaintiff   Charleen Thomas

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____
Address                 _____
Telephone Number        _____
E-mail Address          _____