IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLEEN THOMAS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. TJS-20-2481 |
| PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss Amended Complaint (ECF No. 25) filed by Defendant Prince George's County Public Schools is **GRANTED**. Plaintiff's claim is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to mail a copy of this Order and the Memorandum Opinion to Plaintiff and **CLOSE** this case.

<u>November 5, 2021</u>　　　　　　　　　　　　<u>        /s/                              </u>
Date　　　　　　　　　　　　　　　　　　Timothy J. Sullivan
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge